UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN THURMAN,

    Plaintiff,

v.

                                Case No.:

AMIKIDS PENSACOLA, INC.,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1447, Defendant AMIkids Pensacola, Inc. ("Defendant"), hereby gives notice of removal of the case styled *John Thurman v. AMIkids Pensacola, Inc. – Escambia Boys Base*, designated as Case No. 22-CA-000418, currently pending in the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, to the United States District Court for the Northern District of Florida, Pensacola Division. As grounds in support thereof, Defendant states:

1.     Plaintiff John Thurman ("Plaintiff") filed a Complaint in the Circuit Court in and for Escambia County, Florida, styled *John Thurman v. AMIkids Pensacola, Inc. – Escambia Boys Base*, designated as Case No. 22-CA-000418. Plaintiff filed this action on February 28, 2022. *See* **Exhibit A** – the Complaint.

1

2. In the Complaint, Plaintiff states he is bringing the action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., the Florida Civil Rights Act ("FCRA") and Florida common law. In the Complaint, Plaintiff alleges that Defendant failed to pay him overtime for hours worked over 40 in a workweek.

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Because Plaintiff raises federal claims under the FLSA, this action presents a federal question that is removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331. Further, this Court has supplemental jurisdiction over Plaintiff's FCRA claims because they are so related to Plaintiff's FLSA claims that they form part of the same case or controversy. *See* 28 U.S.C. § 1367(a).

5. Because the conduct alleged in the Complaint relates to Plaintiff's employment with Defendant in Escambia County, Florida, all conduct is alleged to have occurred within Escambia County, Florida, and Plaintiff filed his Complaint in the Circuit Court of the First Judicial Circuit in and for Escambia County,

Florida, Defendant files this Notice in the Pensacola Division of the United States District Court for the Northern District of Florida. *See* **Exhibit A** – the Complaint.

6.  Defendant was served with the Summons and Complaint on March 14, 2022. *See* **Exhibit B** – Proof of Service on Defendant. This removal is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

7.  Pursuant to 28 U.S.C. § 1446(a), with this Notice, Defendant is simultaneously filing copies of all process, pleadings, and orders in the state court action, which are attached hereto as composite **Exhibit C**.

8.  Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will be filed concurrently with the Clerk of Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, which is attached hereto as **Exhibit D**.

WHEREFORE, on the foregoing basis, Defendant AMIkids Pensacola, Inc. respectfully submits that removal of this action from the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, to this Court is proper.

Respectfully submitted,

FORD HARRISON LLP

By: /s/ *David M. Kalteux*
    Todd S. Aidman
    Florida Bar No. 173029
    taidman@fordharrison.com
    David M. Kalteux
    Florida Bar No. 118746
    dkalteux@fordharrison.com

    101 E. Kennedy Boulevard, Suite 900
    Tampa, Florida 33602
    Telephone:  (813) 261-7800
    Facsimile:   (813) 261-7899

    Attorneys for Defendant AMIkids
    Pensacola, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Marie A. Mattox
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL  32301
marie@mattoxlaw.com
marlene@mattoxlaw.com
michelle@mattoxlaw.com

                /s/ *David M. Kalteux*